UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ST. REGIS MOHAWK TRIBE

                                                                       **NOTICE OF MOTION**
                                                     **AND MOTION TO DISMISS**

                              *Plaintiff*,

      -against-                                                 09-CV-0896
                                                                (NPM/GHL)

GOVERNOR DAVID A. PATERSON

and

FRANKLIN COUNTY, NEW YORK

                                                     *Defendants*

      PLEASE TAKE NOTICE that, upon the annexed affirmation of David B. Roberts and the exhibits attached thereto, dated October 30, 2009, the accompanying Joint Memorandum of Law In Support Of The Defendants' Motions To Dismiss, and upon the Complaint and all other papers by and between the parties to this action, the undersigned, pursuant to Northern District Local Rule 7.1(b)(1) and the briefing schedule so-ordered by this Court on September 14, 2009, shall move this Court on January 5, 2010 at 11:00 AM the James T. Foley U. S. Court House, 445 Broadway, Albany, N.Y. 12207, before the Honorable Neal P. McCurn, Senior United States District Judge, c/o United States District Court, Northern District of New York, P.O. Box 7365, 100 S. Clinton Street, Syracuse, NY 12361-7365, for an order and judgment pursuant to the Court's inherent authority, Rule 12(b)(6), and/or Rule 12(b)(1) of the Federal Rules of Civil Procedure, dismissing the Complaint in above-captioned action, together with such other and further relief as to the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the schedule so-ordered by this Court on September 14, 2009, any papers in opposition to the motion must be served by November 30, 2009, and any reply papers must be served by December 15, 2009.

| | |
|---|---|
| DATED: October 30, 2009<br>Albany, New York | ANDREW M. CUOMO<br>Attorney General of the State of New York<br><br>By: *David Roberts*<br>_____<br>DAVID B. ROBERTS<br>Bar Roll No. 102455<br>David.Roberts@oag.state.ny.us<br>Assistant Attorney General of Counsel<br>*Attorney for Defendant David A. Paterson*<br>Office and Post Office Address<br>The Capitol<br>Albany, New York 12224<br>Telephone (518) 408-2516<br>Facsimile (518) 473-1572 |
| ROBERT A. SIEGFRIED<br>DAVID B. ROBERTS<br>Assistant Attorneys General<br>of Counsel | |
| | HISCOCK & BARCLAY, LLP<br><br>By: *Judith M. Sayles*<br>_____<br>JUDITH M. SAYLES<br>Bar Roll No. 301647<br>jsayles@hiscockbarclay.com<br>*Attorneys for Defendant County of Franklin*<br>One Park Place<br>300 South State Street<br>Syracuse, New York 13202<br>Telephone (315) 425-2784<br>Facsimile (315) 425-8584 |
| JUDITH M. SAYLES, Esq.<br>JOHN P. DEVENDORF, Esq.<br>of Counsel | |

TO:

MARSHA K. SCHMIDT, Esq.
*Attorney for Plaintiff St. Regis Mohawk Tribe*
Hobbs, Straus, Dean & Walker, LLP
2120 L Street NW, Suite 700
Washington, D.C. 20037